UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: | § § | |
| NEBUS, DANIEL EDWARD | § § | Case No. 19-03750 3F7 |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GORDON P. JONES, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,346.00 *(Without deducting any secured claims)* | Assets Exempt: 14,026.67 |
| Total Distributions to Claimants: 961.45 | Claims Discharged Without Payment: 191,355.11 |
| Total Expenses of Administration: 4,092.05 | |

3) Total gross receipts of $ 5,332.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 278.50 (see **Exhibit 2**), yielded net receipts of $ 5,053.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 25,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,092.05 | 4,092.05 | 4,092.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 19,000.00 | 18,150.00 | 18,150.00 | 961.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 151,353.03 | 115,571.90 | 115,571.90 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 195,353.03 | $ 137,813.95 | $ 137,813.95 | $ 5,053.50 |

4) This case was originally filed under chapter 7 on 10/02/2019. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2021                    By: /s/GORDON P. JONES, TRUSTEE
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LOT IN PUTNAM COUNTY, FLORIDA,LAND, PARCEL ID: | 1110-000 | 1,666.66 |
| LOT IN PUTNAM COUNTY, FLORIDA,LAND, PARCEL ID: | 1110-000 | 1,666.66 |
| LOT IN PUTNAM COUNTY, FLORIDA,LAND, PARCEL ID: | 1110-000 | 1,666.68 |
| RECORDING COSTS | 1229-000 | 332.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,332.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PART N PARCEL PROPERTIES, LLC | Non-Estate Funds Paid to Third Parties | 8500-002 | 278.50 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 278.50** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 PHILADELPHIA, PA 19101-7346 | | 25,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 25,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JONES, GORDON P. | 2100-000 | NA | 1,255.35 | 1,255.35 | 1,255.35 |
| TRUSTEE EXPENSES:JONES, GORDON P. | 2200-000 | NA | 83.20 | 83.20 | 83.20 |
| CLERK OF COURT | 2990-000 | NA | 53.50 | 53.50 | 53.50 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):JOHNSON, EUGENE | 3210-000 | NA | 2,517.17 | 2,517.17 | 2,517.17 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):JOHNSON, EUGENE | 3220-000 | NA | 182.83 | 182.83 | 182.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,092.05 | $ 4,092.05 | $ 4,092.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CHRISTINE NEBUS | 5100-000 | 19,000.00 | 18,150.00 | 18,150.00 | 961.45 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 19,000.00 | $ 18,150.00 | $ 18,150.00 | $ 961.45 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANTAGE DERMATOLOGY PA<br>1514 NIRA STREET<br>Jacksonville, FL 32207 | | 1,303.41 | NA | NA | 0.00 |
| | GARNER & GINSBURG, PA<br>43 MAIN ST NE, SUITE 500<br>Minneapolis, MN 55414 | | 3,291.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JACS 1 LLC 344 Citation Point Naples, FL 34104-3503 | | 54,000.00 | NA | NA | 0.00 |
| | Regency Centers One Independent Drive Suite 114 Jacksonville, FL 32202 | | 0.00 | NA | NA | 0.00 |
| 000009 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 3,720.59 | 3,720.59 | 0.00 |
| 000002 | DISCOVER BANK | 7100-000 | 13,244.00 | 13,244.76 | 13,244.76 | 0.00 |
| 000004 | DISCOVER BANK | 7100-000 | 1,313.00 | 1,313.55 | 1,313.55 | 0.00 |
| 00005A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 9,389.00 | 9,389.00 | 0.00 |
| 000006 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 19,877.00 | 19,877.85 | 19,877.85 | 0.00 |
| 000007 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 19,397.00 | 19,397.36 | 19,397.36 | 0.00 |
| 000003 | LVNV FUNDING, LLC | 7100-000 | 33,331.00 | 35,373.23 | 35,373.23 | 0.00 |
| 000001 | SUNTRUST BANK | 7100-000 | 4,157.00 | 4,235.49 | 4,235.49 | 0.00 |
| 000010 | MBF LEASING, INC. | 7200-000 | 1,439.37 | 219.75 | 219.75 | 0.00 |
| 00005B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 8,800.32 | 8,800.32 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 151,353.03 | $ 115,571.90 | $ 115,571.90 | $ 0.00 |

FORM 1

Page: 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case No: | 19-03750   3F7   Judge: JERRY A. FUNK | Date Filed (f) or Converted (c): | 10/02/19 (f) |
| Case Name: | NEBUS, DANIEL EDWARD | 341(a) Meeting Date: | 11/07/19 |
| For Period Ending: | 01/24/21 | Claims Bar Date: | 02/20/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. NAPLES MEMORIAL GARDENS, INC., OTHER: BURIAL PLOT | 250.00 | 0.00 | | 0.00 | FA |
| 2. NAPLES MEMORIAL GARDENS, INC., OTHER: BURIAL PLOT | 250.00 | 0.00 | | 0.00 | FA |
| 3. LOT IN PUTNAM COUNTY, FLORIDA,LAND, PARCEL ID: | 1,000.00 | 1,666.66 | | 1,666.66 | FA |
| 4. LOT IN PUTNAM COUNTY, FLORIDA,LAND, PARCEL ID: | 1,000.00 | 1,666.66 | | 1,666.66 | FA |
| 5. LOT IN PUTNAM COUNTY, FLORIDA,LAND, PARCEL ID: | 1,000.00 | 1,666.68 | | 1,666.68 | FA |
| 6. 2013 NISSAN ALTIMA (VIN: 1N4AL3AP2DC111796) MILEAG | 5,400.00 | 0.00 | | 0.00 | FA |
| 7. DEBTOR LIVES IN A HOME OWNED BY HIS STEP-FATHER AN | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1 KING MATTRESS/BOX SPRING COMBINATION AND METAL F | 50.00 | 0.00 | | 0.00 | FA |
| 9. 1 LAPTOP COMPUTER, 1 DESKTOP COMPUTER, SMART PHONE | 400.00 | 0.00 | | 0.00 | FA |
| 10. 1 HANDGUN | 100.00 | 0.00 | | 0.00 | FA |
| 11. MEN'S USED CLOTHES | 25.00 | 0.00 | | 0.00 | FA |
| 12. 1 NECKLACE, 1 WATCH | 300.00 | 0.00 | | 0.00 | FA |
| 13. CASH | 280.00 | 0.00 | | 0.00 | FA |
| 14. RIVER CITY ADJUSTING, LLC ONLY ASSET IS A BANK ACC | 126.00 | 0.00 | | 0.00 | FA |
| 15. J.A.C.S. 1 LLC OWNS PROPERTY LOCATED AT 10715 OLD | 0.00 | 0.00 | | 0.00 | FA |
| 16. TD AMERITRADE ROTH IRA 9829 | 7,542.22 | 0.00 | | 0.00 | FA |
| 17. TD AMERITRADE IRA 9985 | 484.45 | 0.00 | | 0.00 | FA |
| 18. RICHARD D. CRAIG AND FRANCES A. CRAIG IRREVOCABLE | 0.00 | 0.00 | | 0.00 | FA |
| 19. FRANCES A. CRAIG LIVING TRUST DATED FEBRUARY 16, 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20. TRUST AGREEMENT OF DAVID E. NEBUS DATED JUNE 5, 19 | 0.00 | 0.00 | | 0.00 | FA |
| 21. 2018 INCOME TAX REFUNDFEDERAL | 7,165.00 | 0.00 | | 0.00 | FA |
| 22. POTENTIAL CAUSE OF ACTION AGAINST SUCCESS SYSTEMS, | Unknown | 0.00 | | 0.00 | FA |
| 23. 2019 FEDERAL INCOME TAX REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 24. RECORDING COSTS (u) | 0.00 | 53.50 | | 332.00 | FA |

LFORM1

Ver: 22.02h

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 19-03750 | 3F7 | Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | NEBUS, DANIEL EDWARD | | | Date Filed (f) or Converted (c): | 10/02/19 (f) |
| | | | | 341(a) Meeting Date: | 11/07/19 |
| | | | | Claims Bar Date: | 02/20/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $25,372.67 | $5,053.50 | | $5,332.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ESTATE PROFESSIONALS:

Attorney: ORDER EMPLOYING EUGENE JOHNSON FILED 10/10/19 (DOCKET #7); RECEIPT OF FEE APPLICATION FILED 09/16/20 (DOCKET #36)

Special Attorney:

Accountant:

Auctioneer:

TPP Appraiser:

Real Estate Agent:

ACTIONS:

2004 Exam:

Objection to Exemptions: CONSENT ORER SUSTAINING IN PART, AND OVERRULING IN PART ENTERED 4/16/20 (DOCKET #28).

Motion for Turnover: CONSENT ORDER SUSTAINING IN PART, AND OVERRULING IN PART ENTERED 4/16/20 (DOCKET #27).

Motion Determine Conseq Value:

Compromise 1:

Compromise 2:

Personal property:

Real Estate: NOTICE OF PRIVATE SALE FILED BY EUGENE JOHNSON 55/20 (DOCKET #34); REPORT OF SALE COMPLETION FILED

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 19-03750    3F7    Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES, TRUSTEE |
| Case Name: | NEBUS, DANIEL EDWARD | Date Filed (f) or Converted (c): | 10/02/19 (f) |
| | | 341(a) Meeting Date: | 11/07/19 |
| | | Claims Bar Date: | 02/20/20 |

09/09/20

    Auction:

    Tax Refund:

    Personal Injury/Lawsuit:

    Prepare Tax Return:

    Abandonment:

    Claims:  EXAMINED 03/17/20;

    Objection to Discharge:

    Adversary filed:

    State Court Lawsuit:

CASE STATUS:

LETTER TO PART N PARCEL WITH ESTATE CHECK #2002 IN THE AMOUNT OF $278.50 REPRESENTING OVERAGE PAID BY BUYER MAILED 06/03/20

(IRS HAS FILED PROOF OF CLAIM; THEREFORE TRUSTEE TO ZERO OUT TAX REFUND AS POSSIBLE ASSET)

CLOSING STATUS:

  TFR:  09/17/20

    NFR served:  09/23/20

    Order Allowing Administrative Expenses:  10/21/20

  TDR:

DATE OF LAST REVIEW OF CASE:  09/09/20

Initial Projected Date of Final Report (TFR): 02/01/21    Current Projected Date of Final Report (TFR): 02/01/21

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-03750 -3F7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NEBUS, DANIEL EDWARD | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******7396  Checking Account |
| Taxpayer ID No: | *******1533 | | | |
| For Period Ending: | 01/24/21 | | Blanket Bond (per case limit): | $ 22,502,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/20 | | PART N PARCEL PROPERTIES, LLC | SALE OF REAL PROPERTY | | 5,332.00 | | 5,332.00 |
| | 3 | | Memo Amount:        1,666.66 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | 4 | | Memo Amount:        1,666.66 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | 5 | | Memo Amount:        1,666.68 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | 24 | | Memo Amount:          332.00 | 1229-000 | | | |
| | | | RECORDING COSTS | | | | |
| 06/03/20 | 002001 | CLERK OF COURT ATTN: OFFICIAL RECORDS RECORDING 410 ST. JOHNS AVE PALATKA, FL  32177 | RECORDING COSTS | 2990-000 | | 53.50 | 5,278.50 |
| 06/03/20 | 002002 | PART N PARCEL PROPERTIES, LLC ATTN:  MARGARET M. SCHMIDT 3351 NORTH DICKERSON STREET ARLINGTON, VA  22207 | OVERAGE PAID BY BUYER | 8500-002 | | 278.50 | 5,000.00 |
| 10/26/20 | 002003 | GORDON P. JONES POST OFFICE BOX 600459 JACKSONVILLE FL  32260-0459 | Chapter 7 Compensation/Fees | 2100-000 | | 1,255.35 | 3,744.65 |
| 10/26/20 | 002004 | GORDON P. JONES POST OFFICE BOX 600459 JACKSONVILLE FL  32260-0459 | Chapter 7 Expenses | 2200-000 | | 83.20 | 3,661.45 |
| 10/26/20 | 002005 | EUGENE H JOHNSON JOHNSON LAW FIRM P.A. 100 N. LAURA STREET, SUITE 701 JACKSONVILLE, FL  32202 | ATTORNEY FEES | 3210-000 | | 2,517.17 | 1,144.28 |
| 10/26/20 | 002006 | EUGENE H JOHNSON JOHNSON LAW FIRM P.A. | ATTORNEY EXPENSES | 3220-000 | | 182.83 | 961.45 |
| | | | Page Subtotals | | 5,332.00 | 4,370.55 | |

Ver: 22.02h

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 19-03750 -3F7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | NEBUS, DANIEL EDWARD | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******7396  Checking Account |
| Taxpayer ID No: | *******1533 | | | |
| For Period Ending: | 01/24/21 | | Blanket Bond (per case limit): | $ 22,502,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/26/20 | 002007 | 100 N. LAURA STREET, SUITE 701<br>JACKSONVILLE, FL 32202<br>Christine Nebus<br>117 Woodland Greens Drive<br>Ponte Vedra FL 32081 | Claim 000008, Payment 5.29725% | 5100-000 | | 961.45 | 0.00 |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 5,332.00 | COLUMN TOTALS | | 5,332.00 | 5,332.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,332.00 | 5,332.00 | |
| | Memo Allocation Net: | 5,332.00 | Less:  Payments to Debtors | | | 278.50 | |
| | | | Net | | 5,332.00 | 5,053.50 | |
| | Total Allocation Receipts: | 5,332.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - ********7396 | | 5,332.00 | 5,053.50 | 0.00 |
| | Total Memo Allocation Net: | 5,332.00 | | | 5,332.00 | 5,053.50 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    961.45

Ver: 22.02h